402 A.2d 507
COMMONWEALTH of Pennsylvania
v.
Benjamin Franklin BETHEA, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued April 23, 1979.

Decided July 5, 1979.

Daniel H. Shertzer, Lancaster, for appellant.

Joseph C. Madenspacher, Asst. Dist. Atty., Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

ORDER OF COURT

PER CURIAM:

Appeal dismissed as improvidently granted.